1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN R. MOONEY, | | CASE NO. 06cv779-L (CAB) |
| | Plaintiff, | **ORDER**<br>**(1)  ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE;**<br>**(2)  DENYING PLAINTIFF'S MOTION FOR REMAND OR REVERSAL;**<br>**(3)  GRANTING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT;**<br>**(4)  AFFIRMING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY** |
| vs. | | |
| MICHAEL J. ASTRUE, Commissioner of Social Security | | |
| | Defendant. | |

Plaintiff filed the instant action for judicial review of denial of her application for social security disability benefits. He subsequently filed a motion for reversal and/or remand, requesting reversal of the Administrative Law Judge's ("ALJ") denial of her application for benefits. The Commissioner filed a cross-motion for summary judgment. The case was referred to United States Magistrate Judge Cathy Ann Bencivengo for a report and recommendation in accordance with 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.1(c)(1)(c).

Plaintiff alleged he became disabled due to chronic back pain secondary to a herniated lumbar disc with nerve root compression. Plaintiff claimed that he did not

1  receive a fair hearing and that the ALJ did not properly evaluate medical evidence.  Upon
2  review of the record and the parties' motion papers, Judge Bencivengo recommended
3  denying Plaintiff's motion and granting the Commissioner's cross-motion.  Specifically, she
4  found the ALJ's finding of no disability was based on substantial evidence and was free of
5  legal error.  Neither Plaintiff nor the Commissioner filed objections to the report and
6  recommendation.

7        A district judge "may accept, reject, or modify the recommended decision" on a
8  dispositive matter prepared by a magistrate judge proceeding without the consent of the
9  parties for all purposes.  Fed. R. Civ. P. 72(b); *see* 28 U.S.C. § 636(b)(1).  "The court shall
10 make a *de novo* determination of those portions of  the [report and recommendation] to
11 which objection is made."  28 U.S.C. § 636(b)(1).  Section 636(b)(1) does not require some
12 lesser review by the district court when no objections are filed.  *Thomas v. Arn*, 474 U.S.
13 140, 149-50 (1985).  The "statute makes it clear that the district judge must review the
14 magistrate judge's findings and recommendations *de novo if objection is made, but not*
15 *otherwise*."  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc),
16 cert. denied, 540 U.S. 900 (2003) (emphasis in original).

17       Accordingly, in the absence of any objections, the report and recommendation is
18 **ADOPTED**.  It is hereby further **ORDERED** as follows:

19     1. Plaintiff's motion for remand and/or reversal is **DENIED**.

20     2. The Commissioner's motion for summary judgment is **GRANTED**.

21     3. The Commissioner's decision to deny benefits is **AFFIRMED**.

22     **IT IS SO ORDERED**.

23 DATED:  September 21, 2007

24
25               M. James Lorenz
              United States District Court Judge

26 COPY TO:

27 HON. CATHY ANN BENCIVENGO
   UNITED STATES MAGISTRATE JUDGE
28
   ALL PARTIES/COUNSEL